UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 12: 09

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| TORI R. HENRY<br>*Plaintiff,* | :CIVIL ACTION NO. 3:02CV888 (AWT)<br>:<br>: |
| V. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.,<br>*Defendants* | :<br>:<br>:<br>: OCTOBER 14, 2003 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendants hereby move for an order requiring the plaintiff, Tori R. Henry to post a bond as security for costs in the amount of five-hundred ($500.00) dollars.

DEFENDANT

State of Connecticut
Department of Correction, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Antoria D. Howard
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct #17494
e-mail:Antoria.Howard@po.state.ct.us

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed this __14th__ day of October, 2003, first class postage prepaid, to:

    Cynthia R. Jennings, Esq.
    The Barrister Law Group, LlC
    211 State Street
    Bridgeport, CT 06604

                                  Antoria D. Howard
                                  Assistant Attorney General