# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| Tori Henry | : | |
| *Plaintiff* | : | |
| v. | : | Case No.  3:02cv888 |
| | : | |
| State of Connecticut, | : | |
|     Department of Corrections | : | |
| *Defendant* | : | |

### ORDER ON MOTION FOR SECURITY FOR COSTS

Defendant's Motion for Security for Costs [doc. #19] is GRANTED. Plaintiff will post a bond as

security for costs in the amount of $500.00 within thirty days of the filing of this Order. A status

conference will be held on this case by telephone on December 17, 2003 at 11:00 a.m.


SO ORDERED this   12th   day of   November  ,   2003   at New Haven, Connecticut.


/s/ _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE