# United States District Court
# District of Connecticut

Tori Henry  
*Plaintiff*  
    v.      Case No. 3:02cv888

State of Connecticut,  
    Department of Corrections  
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

___ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

___ A conference to discuss the following: (orefmisc./cnf.)

___ Other: (orefmisc./misc)


SO ORDERED this __12th__ day of __November__, __2003__ at New Haven, Connecticut.


/s/ _____Mark R. Kravitz_____  
UNITED STATES DISTRICT COURT JUDGE