UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday December 17, 2003
11:00 a.m.

CASE NO. **3:02cv888**   **Henry v Connecticut**

Antoria D. Howard
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Cynthia Renee Jennings
The Barrister Law Group
211 State Street, 2nd Fl.
Bridgeport, CT 06604

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 12/17/03

5 min