UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 18, 2004

10:00 a.m.

*Held*

*3 hours*

CASE NO. **3:02cv888 (MRK)**    **Henry v State of Connecticut, Dept. Of Corrections, et al**

Antoria D. Howard
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


Cynthia Renee Jennings
The Barrister Law Group
211 State Street, 2nd floor
Bridgeport, CT 06604


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK