UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday March 26, 2004

9:15 a.m.

CASE NO. **3:02cv888 MRK**    **Henry v Connecticut, et al**

Antoria D. Howard
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340

Cynthia Renee Jennings
The Barrister Law Group
211 State Street, 2nd Fl.
Bridgeport, CT 06604
203-334-4800

**STATUS CONFERENCE HELD**
DATE: 3/26/04

5 Min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK