UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Henry

V.                               Case Number:  3:02cv888 MRK

Connecticut, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on March 30, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 29, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, March 30, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk