## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TORI R. HENRY, | : | |
|     Plaintiff, | | |
| v. | : | |
| | : | 3:02cv888 (MRK) |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| SABASTIAN MANAFICO, | : | |
| NEAL SENECAL | : | |
| | : | |
|     Defendants. | : | |

### J U D G M E N T

A notice of proposed dismissal [28-1] of the above-captioned action having been sent to counsel of record on November 1, 2003, pursuant to this Court's Local Rule 41(a).

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefore having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 14th day of May, 2004.


        Kevin F. Rowe, Clerk

        By  /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk

EOD:_____